### IN THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**KELLY MCNEAL, ET. AL**                                                        **PLAINTIFFS**

**VS.**                                                                          **CAUSE NO. DC7029-S**

**TATE COUNTY SCHOOL DISTRICT, ET. AL**                                         **DEFENDANTS**

### TATE COUNTY SCHOOL DISTRICT'S MOTION FOR EXPEDITED REVIEW

COMES NOW, the Defendant TATE COUNTY SCHOOL DISTRICT (hereinafter "the District"), and files this, its Motion for Expedited Review, and, in support thereof, would show unto this Court as follows:

1. On April 1, 2016, Tate County filed its Motion to Alter Attendance Zones Lines.

2. No response was received by any party until May 2, 2016 when attorney Solomon C. Osborne, Sr. asked for more time to make a response. Mr. Osborne filed his motion on behalf of Jessie Edwards and other unnamed parties.

3. The District's request is to alter attendance zone lines for the coming 2016-2017 school year.

4. As such, time is of the essence in this matter as plans for students and teachers must be made as soon as possible for the coming 2016-2017 school term.

5. These plans necessarily hinge on this Court's decision in this matter.

6. For these reasons, it is respectfully requested that this Court engage in an expedited review of this case.

        Respectfully submitted,
        JACKS GRIFFITH LUCIANO, P.A.

By:   /s/ *Jamie F. Jacks*
      JAMIE F. JACKS, MS Bar #101881
      P. O. Box 1209
      Cleveland, Mississippi 38732
      Telephone: 662-843-6171

### CERTIFICATE OF SERVICE

I, Jamie F. Jacks, attorney for Defendant Tate County School District, do hereby certify that I have this day caused a true and correct copy of the above and foregoing TATE COUNTY SCHOOL DISTRICT'S MOTION FOR EXPEDITED REVIEW to be delivered by ECF filing system to all counsel of record who have entered their appearance in this action, as well as mailing by U.S. mail, postage prepaid, a true and correct copy to the following:

Honorable Minnie P. Howard
North Mississippi Rural Legal Service
P. O. Box 928
Oxford, MS 38655-0928

This, the 11th day of May, 2016.

      /s/ *Jamie F. Jacks*
      JAMIE F. JACKS