# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**KELLY MCNEAL, et al.**                                                                 **PLAINTIFFS**

**V.**                                                                           **NO. 2:70-CV-00029-DMB**

**TATE COUNTY SCHOOL**
**DISTRICT, et al.**                                                                    **DEFENDANTS**

### ORDER REGARDING MOTION FOR EXPEDITED REVIEW

This desegregation case is before the Court on the motion of Tate County School District to expedite review of its motion to modify attendance zone lines.[1] Doc. #17. In its motion, the District represents that it seeks to "alter attendance zone lines for the coming 2016–2017 school year," that "time is of the essence in this matter as plans for students and teachers must be made as soon as possible for the coming 2016–2017 school term," and that such "plans necessarily hinge on this Court's decision in this matter." *Id*. at ¶¶ 3–5. Accordingly, the District asks "that this Court engage in an expedited review of this case." *Id*. at ¶ 6.

The Court agrees that expedited review of the issue of altering attendance zones in this case appears to be appropriate. However, the District's motion to expedite does not provide a specific date by which the District must receive a ruling in order to ensure the proper implementation of a court order applicable to the 2016–2017 school year, should the Court grant the District the relief it seeks. Consequently, the Court lacks sufficient information to set an expedited schedule.

---

[1] "The Tate County School District's Motion to Modify Attendance Zone Lines" was filed April 1, 2016. Doc #12. On May 2, 2016, Plaintiffs moved for additional time to respond to the District's motion. Doc. #14. The District opposes Plaintiffs' motion for additional time. Doc. #15; Doc. #16. The period within which Plaintiffs may file a reply in support of their motion for additional time will expire today.

It is therefore **ORDERED** that, within three (3) days of the issuance of this order, the District shall supplement its motion to expedite by filing with this Court an affidavit of a District employee with competent knowledge setting forth the latest date the Court could rule on the motion to modify attendance zones and have the ordered modifications be implemented by the District for the 2016–2017 school year, should the Court grant the District's motion to modify the attendance zones.

**SO ORDERED**, this 16th day of May, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**