IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**KELLY MCNEAL, et al.**                                                                   **PLAINTIFFS**

**V.**                              **NO. 2:70-CV-29-DMB**

**TATE COUNTY SCHOOL
DISTRICT, et al.**                         **DEFENDANTS**

## ORDER

On July 13, 2022, this Court conditionally granted the Tate County School District's "Petition for Closure of Coldwater High School"[1] subject to the School District providing additional information regarding the transportation burden on the [African-American] students throughout the district." Doc. #146 at 12. Based on the School District's submission of additional information regarding the transportation issue,[2] an evidentiary hearing on the transportation issue will be set for October 21, 2022. No later than October 14, 2022, the parties are **DIRECTED** to provide to the Court (1) a copy of any documents they intend to introduce into evidence during the hearing and (2) a list of any witnesses each party expects to call.

**SO ORDERED**, this 26th day of September, 2022.

                                                                        /s/Debra M. Brown
                                                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #123.

[2] Docs. #147-1 to #147-3, #151-1 to #151-6.